District Judge Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

AAKASH RANGA, et al.

                        Plaintiffs,

          v.

U.S. DEPARTMENT OF HOMELAND
SECURITY and U.S. DEPARTMENT OF
STATE,

                        Defendants.

Case No. 2:26-CV-01114-KKE

STIPULATED MOTION AND ORDER
FOR EXTENSION OF TIME TO
RESPOND TO AMENDED COMPLAINT

Noted for Consideration:
June 18, 2026

## JOINT STIPULATION

The Parties, through undersigned counsel, jointly file this stipulation, asking the Court to extend the deadline for the filing of Defendants' Answer to Plaintiffs' Amended Complaint until July 7, 2026.

Plaintiffs filed their Complaint on April 1, 2026, and served the U.S. Attorney's Office on April 24, 2026. Plaintiffs filed an Amended Complaint on May 7, 2026, and served the U.S. Attorney's Office on May 18, 2026. Defendants' response to the Amended Complaint is due on June 23, 2026. The Parties have agreed to extend that deadline until July 7, 2026, to allow the State Department time for further processing that could resolve at least some of the claims in this case. Therefore, the Parties submit there is good cause for a 14-day extension of Defendants'

STIPULATED MOTION AND ORDER FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT
[Case No. 2:26-cv-01114-KKE] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

time to respond to the Amended Complaint and have stipulated to extend that deadline until July 7, 2026.

**SO STIPULATED.**

DATED June 18, 2026.

Respectfully submitted,

s/ Kyle A. Forsyth

KYLE. A. FORSYTH, WSBA No. 34609
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:      206-553-2422
Email:   kyle.forsyth@usdoj.gov

*Attorney for Defendants*

I certify that this memorandum contains 148 words, in compliance with the Local Civil Rules.

/s/ Jonathan Wasden

JONATHAN WASDEN, MS Bar No. 100563
Wasden Law
2593 W. Torana Dr.
Meridian, ID 83646
Phone: 843-872-4978
Email: jon@wasden.law
*Admitted Pro Hac Vice*

s/ Adam W. Boyd

ADAM W. BOYD
WA Bar No. 49849
Gibbs Houston Pauw
1000 Second Ave., Suite 1600
Seattle, WA 98104
Phone: 206-708-8744
Email: Adam.Boyd@ghp-law.net

*Attorneys for Plaintiffs*

STIPULATED MOTION AND ORDER FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT
[Case No. 2:26-cv-01114-KKE] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

It is hereby ORDERED that the parties' motion is GRANTED.  Defendants shall file their Answer by July 7, 2026.

DATED this 22nd day of June 2026.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

STIPULATED MOTION AND ORDER FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT
[Case No. 2:26-cv-01114-KKE] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970